# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1446
_____

TIMOTHY R. PERRY,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Amy P. Brodersen, Judge.

June 5, 2026

PER CURIAM.

     AFFIRMED.

ROBERTS, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Timothy R. Perry, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.